CENTER FOR DISABILITY ACCESS
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Christopher Seabock, SBN 279640
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff
Scott Johnson

MENNEMEIER GLASSMAN LLP
KENNETH C. MENNEMEIER (SBN 113973)
980 9th Street, Suite 1780
Sacramento, CA 95814
Telephone:  (916) 553-4000
Facsimile:   (916) 553-4011
E-mail: kcm@mgslaw.com

Attorneys for Defendant
Morgan Stanley Smith Barney LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT JOHNSON, | ) | CASE NO: 2:14-CV-00695-TLN-KJN |
| | ) | |
| Plaintiff, | ) | **SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| 155 CADILLAC DR LP, a California Limited Partnership; TAVARES FAMILY LLC, a California Limited Liability Company; MORGAN STANLEY SMITH BARNEY LLC, a Delaware Limited Liability Company; and Does 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

1

By and through their respective counsel, and pursuant to Local Rule 144, plaintiff Scott Johnson and defendant Morgan Stanley Smith Barney LLC ("Morgan Stanley") hereby agree to extend the time for Morgan Stanley to respond to the Complaint to and through Wednesday, June 11, 2014.  The reason for this request is that the parties are having ongoing settlement discussions, have reached an agreement in principle, and are preparing documents to memorialize their anticipated settlement.  The parties previously stipulated to one earlier extension of time, which was for a period of thirty (30) days.

IT IS SO STIPULATED.

CENTER FOR DISABILITY ACCESS

DATED:  May 29, 2014          By:     /s/  Phyl Grace_____
                                      Phyl Grace
                                      Attorneys for Plaintiff Scott Johnson


MENNEMEIER GLASSMAN LLP


DATED:  May 29, 2014          By:     /s/  Kenneth C. Mennemeier_____
                                      Kenneth C. Mennemeier
                                      Attorneys for Defendant Morgan Stanley Smith
                                      Barney LLC

IT IS SO ORDERED.

Dated: May 30, 2014

Troy L. Nunley
United States District Judge